IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 13-05220/BKT |
| JESUS CRUZ MERCED | * | |
| YOLANDA MICHELLE ESTRADA BENITEZ | * | CHAPTER 13 |
| | * | |
| DEBTORS | * | |

**DEBTORS' MOTION REQUESTING COURT
AUTHORITY TO INCUR IN CREDIT 11 USC SECTION 364 (d) AND
RULE 4001-2 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

TO THE HONORABLE COURT:

NOW COME, **JESUS CRUZ MERCED and YOLANDA MICHELLE ESTRADA BENITEZ,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On June 26, 2013, the debtors filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 et. seq. An *Order* confirming the debtors' proposed Plan was entered on September 4, 2013, docket no. 18.

2. The debtors are currently in possession of a 2008 Ford F150, which has a "lease agreement", number 2500069100032466, with Banco Popular de Puerto Rico ("BPPR").

3. BPPR has informed the debtors that the "residual value balance" of the lease agreement has matured and has become due. The debtors owe BPPR the sum of $9,812.87 for said "residual balance" including certain post-petition direct car lease arrears, and BPPR has pre-approved a "refinancing of said amount under the following terms:

| | |
|---|---|
| **Amount:** | $9,812.87 |
| **Terms:** | 48 installments |
| **Interest rate:** | 13.95% |
| **Payment amount:** | $283.81 |

Page – 2-
Motion Requesting Authorization to Incur in Credit
Case no. 13-05220/BKT13

4. A copy of BPPR's refinancing offer is hereby attached to this motion, which final approval is pending the Honorable Court's disposition of this request for authority to incur in post-petition credit.

5. The debtors need this motor vehicle to travel to and from their place of work, and this motor vehicle is necessary for debtors' reorganization under the confirmed Plan.

6. The debtors are able to pay BPPR the sum of $283.81 for forty-eight (48) months in order to pay off the balance owed to said creditor.

7. The debtors are current in their confirmed Plan payments to the Trustee and respectfully understand that they have the financial ability to incur in the car lease renewal loan with BPPR to pay the $283.81 per month for forty-eight (48) months, thus, they respectfully request that this Honorable Court grant them authorization to incur in this post-petition credit and continue with the closing of this refinancing car lease loan with BPPR, which will allow them to retain possession of this motor vehicle.

8. The debtors hereby request authorization from the Court to:

    a. incur in a post-petition car lease loan in the sum of $9,812.87 at an interest rate of 13.95% to retain the possession of their motor vehicle, a 2008 Ford F150.

9. Based on the aforementioned, debtors respectfully request this motion be granted and the Court enter an Order allowing debtors to incur in the post-petition renewal loan as herein described. 11 U.S.C. Section 364; Rule 4001 (c) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, debtors respectfully request this Honorable Court grant the present motion authorizing the debtors' request to incur in post-petition credit, as herein submitted.

Page – 3-
Motion Requesting Authorization to Incur in Credit
Case no. 13-05220/BKT13

## NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9013(c) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to the Chapter 13 Trustee and all system participants; I also certify that a copy of this motion was sent via US Mail to the debtors; and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 4th day of February, 2015.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203624
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726-0186
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing        BANCO POPULAR DE P.R. AS SERVICES OF FANNIE    (p)JEFFERSON CAPITAL SYSTEMS LLC
0104-3                                  MARTINEZ & TORRES LAW OFFICES, P.S.C.          PO BOX 7999
Case 13-05220-BKT13                     PO BOX 192938                                  SAINT CLOUD MN 56302-7999
District of Puerto Rico                 SAN JUAN, PR 00919-3409
Old San Juan
Wed Feb  4 09:27:05 AST 2015

Midland Funding LLC by American InfoSource L   POPULAR AUTO INC                       RELIABLE FINANCIAL SERVICES
ATTN: Department 1                      CONSUMER BANKRUPTCY DEPARTMENT                 PO BOX 21382
PO Box 4457                             PO BOX 366818                                  SAN JUAN, PR 00928-1382
Houston, TX 77210-4457                  SAN JUAN, PR 00936-6818


US Bankruptcy Court District of P.R.    AT&T Mobility Puerto Rico, Inc                ATT SERVICES
Jose V Toledo Fed Bldg & US Courthouse  % AT&T Services, Inc                          PO BOX 192830
300 Recinto Sur Street, Room 109        Karen Cavagnaro, Paralegal                    SAN JUAN, PR 00919-2830
San Juan, PR 00901-1964                 One AT&T Way, Room 3A104
                                        Bedminster, NJ 07921-2693


BANCO POPULAR DE PR                     BANCO POPULAR DE PR                           BANCO POPULAR DE PR
PO BOX 2708                             PO BOX 3228                                   PO BOX 70100
SAN JUAN, PR  00936                     SAN JUAN, PR  00936                           SAN JUAN, PR  00936-8100



BANCO POPULAR DE PUERTO RICO            BANCO POPULAR of PR as servicer of Fannie Ma  BANCO SANTANDER
BANKRUPTCY DEPARTMENT                   MARTINEZ & TORRES LAW OFFICES PSC             PO BOX 362589
PO BOX 366818                           PO BOX 192938                                 SAN JUAN, PR 00936-2589
SAN JUAN PR 00936-6818                  SAN JUAN, PR 00919-3409
                                        (787)-767-8244 FAX, 787)767-1183


Banco Popular                           CARICO INTERNATIONAL                          CLARO
PO Box 362708                           2851 W CYPRESS CREEK RD                       METRO OFFICE PARK FLOOR 2
San Juan, PR  00936-2708                FORT LAUDERDALE, FL 33309-1781                GUAYNABO, PR 00966



DEPARTAMENTO DE HACIENDA                Department of Treasury-                       INTERNAL REVENUE SERVICE
PO BOX 9024140                          Bankruptcy Section (Suite 1504)               PO BOX 7346
SAN JUAN, PR 00902-4140                 235 Ave. Arterial Hostos                      PHILADELPHIA, PA 19101-7346
                                        San Juan Puerto Rico 00918-1451


JC PENNEY                               LEONARD & ASSOCIATES PSC                      MIDLAND FUNDING
PO BOX 364788                           PO BOX 366220                                 CITIBANK
SAN JUAN, PR 00936-4788                 SAN JUAN, PR 00936-6220                       8875 AERO DR STE 200
                                                                                      SAN DIEGO, CA 92123-2255


Midland Funding LLC                     NATION WIDE                                   OPERATING PARTNERS
by American InfoSource LP as agent      PO BOX 26314                                  PO BOX 194499
ATTN: Department 1                      LEHIGH VALLEY, PA 18002-6314                  SAN JUAN, PR 00919-4499
PO Box 4457
Houston, TX  77210-4457


POPULAR AUTO (POPULAR LEASING)          PR ACQUISITIONS LLC                           SEARS
BANKRUPTCY DEPARTMENT                   PO BOX 194499                                 PO BOX 6189
PO BOX 366818                           SAN JUAN PR 00919-4499                        SIOUX FALLS, SD 57117-6189
SAN JUAN PUERTO RICO 00936-6818
```

| | | |
|---|---|---|
| JESUS CRUZ MERCED<br>JOSE MERCADO<br>V 125 APT 1<br>CAGUAS, PR 00725 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | YOLANDA MICHELLE ESTRADA BENITEZ<br>JOSE MERCADO<br>V 125 APT 1<br>CAGUAS, PR 00725 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302 | (d)RELIABLE FINANCIAL SERVICES, INC.<br>PO BOX 21382<br>SAN JUAN PR 00928-1382 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34


# POPULAR AUTO

28 de enero de 2015

**CRUZ-MERCED, JESUS**
V 12 Carr 789 apt 1
Caguas, PR 00725

Estimado señor Cruz:

Con mucho gusto le informamos que su solicitud para refinanciamiento de unidad 32466 **2008 FORD F150** fue aprobado.

Los términos y condiciones son los siguientes:

| | |
|---|---|
| Cantidad Financiada: | $9,812.87 |
| Termino de contrato: | 48 |
| APR asignado: | 13.95% |
| Pago mensual: | $283.81 SIN SEGURO |
| Pronto: | $1,000.00 |
| | (Esta aprobación es válida hasta 2/28/15 para su primer pago en 3/04/15) |

## DOCUMENTOS REQUERIDOS

- **Copia de licencia de conducir (vigente)**
- **Póliza y carta de pago de seguro**
- **Permiso del sindico**

Gerente División Workout

*Miriam Gascot Ayala*

sfm