201638

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>**Jesús Cruz Merced,<br>Yolanda Michelle Estrada Benítez<br>Debtors**<br><br>Banco Popular de P.R.<br>as servicer of Fannie Mae,<br>Movant,<br><br>Jesús Cruz Merced,<br>Yolanda Michelle Estrada Benítez<br>Debtors-Respondents,<br><br>José R. Carrión Morales,<br>Trustee | CASE NO: 13-05220-BKT<br><br>CHAPTER: 13 |
|---|---|

**MOTION TO WITHDRAW THE MOTION FOR RELIEF FROM STAY AT DOCKET NO. 57**

**TO THE HONORABLE COURT**:

**COMES NOW, Banco Popular de P.R. as servicer of Fannie Mae**, ("Fannie Mae"), through the undersigned counsel and very respectfully states and requests:

1. On February 12, 2015, Fannie Mae filed a motion for relief from stay (the "Motion"), on the grounds that the Debtors had failed to comply with the terms of the confirmed plan. [Docket No. 57].

2. Notwithstanding the aforementioned, Debtors have cured the arrears, rendering Fannie Mae's request moot. Therefore, Fannie Mae herein withdraws the Motion.

**WHEREFORE,** it is respectfully requested that Fannie Mae's withdrawal of the Motion, at Docket No. 57, be granted.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants of the CM/ECF system; to **the Chapter 13 Trustee, José R. Carrión Morales, Esq.;** and to ***Debtors' counsel***, Roberto Figueroa Carrasquillo, Esq.

In San Juan, Puerto Rico, this 12th day of February, 2015.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 / Fax (787) 767-1183

***/s/ Patricia I. Varela Harrison***
By: Patricia I. Varela Harrison
USDC -PR 224802
pvarela@martineztoreslaw.com

2