IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 13-05220 BKT

JESUS  CRUZ MERCED

Chapter 13

YOLANDA MICHELLE ESTRADA BENITEZ

XXX-XX-8122

XXX-XX-4671

**FILED & ENTERED ON 3/3/2015**

                    Debtor(s)

ORDER AND NOTICE

A hearing is hereby scheduled for 5/13/2015 at 09:00 A.M. at the Jose V. Toledo Federal Building and U.S. Courthouse, 300 Recinto Sur, Courtroom No. 1, Second Floor, San Juan, Puerto Rico, to consider the following:

1- Debtor's post confirmation modification of plan dated 2/2/2015 (docket #50)

2- Trustee's unfavorable recommendation (docket # 56)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 03 day of March, 2015.

Brian K. Tester
U. S. Bankruptcy Judge

cc: All creditors