UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JESUS CRUZ MERCED<br>YOLANDA MICHELLE ESTRADA BENITEZ<br><br>    DEBTOR (S) | CASE NO. 13-05220-BKT<br><br>CHAPTER 13 |

# AMENDED TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**   Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$8,138.00   R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,681.00   Fees paid: $2,628.75   Fees Outstanding: $52.25**

With respect to the proposed (amended) Plan dated: **2/2/2015** (Dkt 50). Plan Base: $**18,120.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

   - Feasibility [§1325(a)(6)] - The sufficiency of the plan base will depend on the outcome of the Motion for Authority to Obtaing Credit filed by Debtors on 2/4/15 docket #52. Also, Debtors must submit amended schedules I and J to reflect new income and expenses including new car payment, if approved.
   - Feasibility : Default in direct payments to a secured creditor, as provided in plan. [§1325(a)(6)] - As per 362 Motion filed by secured creditor BPPR docket #57, Debtor has allegedly incurred in post petition arrears.
   - Feasibility [§1325(a)(6)]: There is/are no allowed claim(s) for creditor(s) dealt in the plan [FRBP RULE 3021] - **BPPR**, secured creditor provided for in the plan, is yet to file its proof of claim for post petition arrears regarding mortgage and auto loan. Said creditor will not participate from the disbursements regarding said arrears until it files its claim.
   - Other/Comments - Also, Motion Requesting Authority to Obtain Credit filed on docket #52 has been denied. Debtors Reply to such objection and a hearing is pending on 5/13/15
   Trustee objects the additional compensation for legal fees requested by debtor' (s") counsel in the amount of $500.00 until above matters are solved.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this March 05, 2015.

/s/ Jose R. Carrion

Jose R. Carrion -Chapter 13 Trustee
PO Box 9023884, San Juan PR 00902
Tel. 787-977-3535 Fax 787-977-3550

MS