## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**JESUS CRUZ MERCED**
**dba JCM ELECTRICAL SERVICE**
**YOLANDA MICHELLE ESTRADA BENITEZ**
**aka YOLANDA M ESTRADA BENITEZ**

xxx–xx–8122
xxx–xx–4671

Debtor(s)

Case No. **13–05220 BKT**

Chapter **13**

FILED & ENTERED ON 3/16/15

*ORDER*

The motion filed by Debtor requesting Authority to Obtain Credit under Section 364 (b), Rule 4001 ( c )or (d) (docket #52) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, March 16, 2015 .

Brian K. Tester
United States Bankruptcy Judge